IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Meehan, ) | CV 06-1154-PHX |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Joseph M. Arpaio, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

On April 25, 2006 Petitioner filed a complaint pursuant to 42 U.S.C. § 1983 (Doc. #1). On August 29, 2006 Magistrate Judge Velasco issued a Report and Recommendation ("R&R") recommending that the case be dismissed for failure to prosecute (Doc. #5). No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

1 of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been
2 made, the Court will adopt the R&R in full.
3   Accordingly,
4   **IT IS ORDERED** that the Report and Recommendation (Doc. #5) is **ADOPTED** and
5 that the case be **DISMISSED**.

7   DATED this 18th day of September, 2006.

_____
Roslyn O. Silver
United States District Judge